**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR, | CASE NO. CV 12-07420 MMM (RZ) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LOMPOC FEDERAL BUREAU OF PRISONS and LINDA SANDERS, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 4, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE