**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | CASE NO. CV 12-07420 MMM (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| LOMPOC FEDERAL BUREAU OF PRISONS and LINDA SANDERS, | ) | |
| Respondents. | ) | |

This matter came before the Court on the Petition of HASSAN ABPIKAR for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed (1) with prejudice as to its assertion that 28 C.F.R. section 570.21(b) and 18 U.S.C. § 3642(c) violate the "at any time" rule of 18 U.S.C. § 3621(b); and (2) without prejudice for lack of jurisdiction as to the balance of the action.

DATED: April 4, 2013

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE